UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:18-CV-10031-LTS

VALERIE S., ET.AL.
*Plaintiff,*

v.

GOVERNOR CHARLIE BAKER, ET.AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

    In accordance with the Notice of Voluntary Dismissal (CM/ECF No. 40) filed by the Plaintiff on June 18, 2018, this case is hereby dismissed and closed.

SO ORDERED.

                                              /s/ Leo T. Sorokin
                                              UNITED STATES DISTRICT COURT

June 19, 2018